**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Gerald HOWELL, Appellant.**

Supreme Court of Pennsylvania.

Sept. 21, 2004.

Norris E. Gelman, Esq., Philadelphia, for Gerald Howell.

Hugh J. Burns, Esq., Philadelphia, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of September, 2004, the appeal is DISMISSED as having been improvidently granted.